UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA McINTOSH, NICOLE STINSON,
AUTUMN SMITH, MATTHEW STINSON,
and SCOTT McINTOSH,

      Plaintiffs,

v.

Case No. 13-13099
Honorable Denise Page Hood

CITY OF DETROIT, DETROIT POLICE
DEPARTMENT, DETROIT POLICE OFFICER
JOIELLE COBB-SANDERS, and DETROIT
POLICE OFFICER MAQUEL GRANDBERRY,

      Defendants.

_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On July 18, 2013, the City of Detroit filed a voluntary petition for protection under Chapter 9 of the Bankruptcy Code. On July 25, 2013, Judge Steven Rhodes entered an order confirming the automatic stay of all proceedings against the City imposed under section 922 of the Bankruptcy Code upon the filing of the petition. *In re City of Detroit, Michigan*, No. 13-53846 [#167] (Bankr. E.D. Mich. July 25, 2013). The stay applies to "judicial, administrative, or other action[s] or proceeding[s] against an officer or inhabitant of the City, including the issuance or employment of process, that seeks to enforce a claim against the City." *Id.* at 3.

Accordingly,

**IT IS ORDERED** that this action is **STAYED** pursuant to 11 U.S.C. § 362(a) and the action is **CLOSED** for administrative and statistical purposes. This closing does not constitute a decision

on the merits. The action may be reopened after a party provides the Court with notice that the bankruptcy stay has been lifted.

                        S/Denise Page Hood
                        Denise Page Hood
                        United States District Judge

Dated: August 12, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 12, 2013, by electronic and/or ordinary mail.

                        S/LaShawn R. Saulsberry
                        Case Manager